# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Craig Douglas Hoglund and Christine Joan Hoglund, | ) ) ) | |
| Plaintiffs, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| Commissioner of Internal Revenue, David J. Kautter, International Revenue Service, its officers, employees and corps including Dana (Hill) Fairchild in her official capacity, and Doreen Peterson, in her official capacity et. al., | ) ) ) ) ) ) ) ) | Case No. 1:18-cv-189 |
| Defendants. | ) | |

Before the court is the United States' motion to stay due to a lapse of appropriations. It requests that the court stay this action until appropriations are restored.

The court **GRANTS** the United States' motion (Doc. No. 21). The above-entitled action is stayed until the appropriations are restored and Department of Justice attorneys are permitted to resume their usual civil litigation functions.

**IT IS SO ORDERED.**

Dated this 17th day of January, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
