# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Craig Douglas Hoglund and Christine Hogland, | )<br>)<br>) |
| Plaintiffs, | ) **ORDER FOR STATUS**<br>) **CONFERENCE**<br>) |
| vs. | )<br>) |
| Commissioner of Internal Revenue, David J. Kautter; Internal Revenue Service, its officers, employees, and corps including Dana (Hill) Fairchild in her official capacity, and Doreen Peterson, in her official capacity, et al., | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:18-cv-189 |
| Defendants. | )<br>) |

The court shall conduct a status conference in the above-entitled action by telephone on August 27, 2019, at 1:30 p.m. CDT. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 12th day of August, 2019.

　　　　　　　　　　　　　　　　　　　　/s/ Charles S. Miller, Jr.
　　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr., Magistrate Judge
　　　　　　　　　　　　　　　　　　　　United States District Court