# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Craig Douglas Hoglund and Christine Hogland, <br><br> Plaintiffs, <br><br> vs. <br><br> Commissioner of Internal Revenue, David J. Kautter; Internal Revenue Service, its officers, employees, and corps including Dana (Hill) Fairchild in her official capacity, and Doreen Peterson, in her official capacity, et al., <br><br> Defendants. | **ORDER** <br><br><br><br><br><br><br><br><br><br> Case No. 1:18-cv-189 |

The status conference in the above-entitled action scheduled for August 27, 2019, at 1:30 p.m. CDT is canceled. It shall be rescheduled at a later date and time.

**IT IS SO ORDERED.**

Dated this 12th day of August, 2019.

>    */s/ Charles S. Miller, Jr.*
>    Charles S. Miller, Jr., Magistrate Judge
>    United States District Court